# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00415-CV

**Timothy J. Rawlings, Appellant**

**v.**

**Security State Bank & Trust, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-12-001090, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss this appeal. Appellant states that the parties have reached an agreement and have settled all matters in this case and that appellee does not oppose the motion. Accordingly, we grant appellant's motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   September 10, 2014